# Exhibit A

# Employee Salary Information

New Window

## Employee Salary Information

### Personal Information

| | | |
|---|---|---|
| **EmplID:** 00001277768 | **Company:** B10 Wells Fargo Bank, N. A. | **First Start Dt:** 02/28/2012 |
| **Name:** Martinez,Joy | **Dept:** 0000021125 CBEASTREG | **Last Start Dt:** 02/28/2012 |
| **Preferred Name:** | **F/P:** Reg-Time | **Reg/Temp:** Regular |
| **Corp Hire Date:** 02/28/2012 | **Termination Date:** 03/06/2020 VM | **Contract End Date:** |
| **Business Title:** | **LOA:** | |
| **System Security Status:** Inactive | **Last Date Worked:** 03/06/2020 | **Acq Code:** |
| **Leave/Absence Protected Job?:** N | **ELID:** U158268 | |

### Job Information

| | | |
|---|---|---|
| **Position:** 02595415 Cust Sls & Svc Rep-Rtl (Lo) | **AU:** 0066230 | **Job Class:** 2 |
| **Entry Dt:** 02/13/2018 | **FLSA Status:** Nonexempt | **STD Hours:** 40.00 |
| **Job Code:** 547003 Cust Sls & Svc Rep-Rtl (Lo) | | |

### Current Salary Information

| | | |
|---|---|---|
| **Annual:** 36,462.40 | **Sal Plan:** 002 | **Currency:** USD |
| **Monthly:** 3,038.53 | **C/R:** 1.06 | **Annualized:** 36,462.40 |
| **Hourly:** 17.53 | **Mid Point:** 16.60 | **Total Fixed Cash:** 36,462.40 |

### Allowances/Other Pay Components

1-1 of 1

| Effective Date | Sequence | Comp Rate Code | Description | Annual Rate | Monthly Rate | Percent |
|---|---|---|---|---|---|---|
| 03/07/2020 | 0 | | | | 0.00 | |

### Employee Salary Information

| Effective Date | Reason Code | Effective Sequence | Compensation Frequency | Base Salary | Currency | Change Percent | Change (Amt) | Monthly Base Salary | Annualized Salary | Total Fixed Cash |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/2020 | M | 0 | H | 17.53 | USD | 1.447 | 0.25 | 3,038.53 | 36,462.40 | 36,462.40 |
| 03/03/2019 | M | 0 | H | 17.28 | USD | 1.647 | 0.28 | 2,995.20 | 35,942.40 | 35,942.40 |
| 04/15/2018 | O | 0 | H | 17.00 | USD | 2.471 | 0.41 | 2,946.67 | 35,360.00 | 35,360.00 |
| 02/13/2018 | P | 1 | H | 16.59 | USD | 10.380 | 1.56 | 2,875.60 | 34,507.20 | 34,507.20 |
| 03/05/2017 | M | 0 | H | 15.03 | USD | 2.524 | 0.37 | 2,605.17 | 31,262.08 | 31,262.08 |
| 03/06/2016 | M | 0 | H | 14.66 | USD | 1.500 | 0.22 | 2,541.04 | 30,492.48 | 30,492.48 |
| 03/08/2015 | M | 0 | H | 14.44 | USD | 2.000 | 0.28 | 2,503.49 | 30,041.86 | 30,041.86 |
| 03/10/2014 | P | 1 | H | 14.16 | USD | 23.741 | 2.72 | 2,454.40 | 29,452.80 | 29,452.80 |
| 03/09/2014 | M | 0 | H | 11.44 | USD | 1.000 | 0.11 | 1,983.51 | 23,802.06 | 23,802.06 |
| 12/01/2013 | O | 0 | H | 11.33 | USD | 0.711 | 0.08 | 1,963.87 | 23,566.40 | 23,566.40 |
| 06/02/2013 | O | 0 | H | 11.25 | USD | 1.260 | 0.14 | 975.00 | 11,700.00 | 11,700.00 |
| 03/10/2013 | M | 0 | H | 11.11 | USD | 1.000 | 0.11 | 962.87 | 11,554.40 | 11,554.40 |
| 02/28/2012 | HIR | 0 | H | 11.00 | USD | 0.000 | 0.00 | 953.33 | 11,440.00 | 11,440.00 |